**NOT FOR PUBLICATION**

FILED

SEP 12 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10351 |
| Plaintiff-Appellee, | D.C. No. 2:13-cr-00141-JAD-VCF-1 |
| v. | |
| ARQUARIUS ROBERTSON, | ORDER* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Jennifer A. Dorsey, District Judge, Presiding

Submitted September 10, 2019**
San Francisco, California

Before: MELLOY,*** CLIFTON, and WATFORD, Circuit Judges.

In light of the Government's acknowledgment in its letter brief filed

September 9, 2019, the conviction of Defendant-Appellant Arquarius Robertson

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\*\* The Honorable Michael J. Melloy, United States Circuit Judge for the U.S. Court of Appeals for the Eighth Circuit, sitting by designation.

for Use of a Firearm During and in Relation to a Crime of Violence, under 18

U.S.C. § 924(c), is reversed and the sentence imposed in the Judgment entered on

June 30, 2015, is vacated. The case is remanded to the district court for

resentencing on the remaining conviction.

**REVERSED and REMANDED for resentencing.**